**Joseph Kevin CONLON, Plaintiff—Appellant,**

**v.**

**K–MART CORPORATION, Defendant—Appellee.**

No. 04–2388.

United States Court of Appeals, Fourth Circuit.

Submitted: April 27, 2005.

Decided: May 10, 2005.

Herman M. Sawyer, Jr., Falls Church, Virginia, for Appellant.

Danielle D. Giroux, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia, for Appellee.

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Kevin Conlon appeals the district court's order granting summary judgment to Defendant in this tort action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Conlon v. K–Mart Corp.,* No. CA–01–958–A (E.D. Va. filed Sept. 28, 2004 & entered Sept. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*